# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Insurance Corporation of British Columbia, | No. MC-23-00018-PHX-SMB |
| Petitioner, | **ORDER** |
| v. | |
| Stephanie Anderson, et al., | |
| Respondents. | |

Upon review and consideration of the Ex Parte Application Pursuant To Section 204 Of The Federal Arbitration Act and A.R.S. § 12-1507 For An Order To Appear Remotely And Testify As Witnesses In A Foreign Arbitration Hearing (Doc. 1), which was submitted by Applicant Insurance Corporation of British Columbia (ICBC) seeking leave for the issuance of subpoenas to the following witnesses who reside within this district: (i) Stephanie Anderson; and (ii) Channing Lennon Beveridge, to appear remotely and testify via videoconference for an upcoming Arbitration scheduled to take place in British Columbia, Canada, on May 23rd-29th, 2023; with copies of draft subpoenas having been attached to the Application as Exhibit A and Exhibit B; and the Court, being fully advised, having considered the Application, and finding good cause exists to exercise its discretion to do so, hereby GRANTS the Application.

**IT IS HEREBY ORDERED** that Applicant ICBC, by and through its counsel, is granted leave to issue the subpoena attached to the Application as Exhibit A (the "Subpoena to Appear and Testify At A Hearing Or Trial In A Civil Action" to Stephanie

1  Anderson), pursuant to the Federal Rules of Civil Procedure, and pursuant thereto to
2  require her to appear and testify as a witness at the foreign Arbitration Hearing scheduled
3  to take place in British Columbia, Canada, on May 23rd-29th, 2023, and that the
4  appearance be via videoconference from: (i) The Law offices of Evans, Dove, Nelson,
5  Fish & Grier PLC, 2650 E. Southern Ave, Mesa, AZ 85204; or (ii) At any other location
6  mutually agreeable to the Applicant and Ms. Anderson.

7  **IT IS FURTHER ORDERED** that that Applicant ICBC, by and through its
8  counsel, is granted leave to issue the subpoena attached to the Application as Exhibit B
9  (the "Subpoena to Appear and Testify At A Hearing Or Trial In A Civil Action" to
10 Channing Lennon Beveridge), pursuant to the Federal Rules of Civil Procedure, and
11 pursuant thereto to require him to appear and testify as a witness at the foreign
12 Arbitration Hearing scheduled to take place in British Columbia, Canada, on May 23rd-
13 29th, 2023, and that the appearance be via videoconference from: (i) The Law offices of
14 Evans, Dove, Nelson, Fish & Grier PLC, 2650 E. Southern Ave, Mesa, AZ 85204; or (ii)
15 At any other location mutually agreeable to the Applicant and Mr. Beveridge.

16 Dated this 9th day of May, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge